```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF TEXAS
                         HOUSTON DIVISION
```

DEBRA VILLAREAL, §
§
      Plaintiff, §
§
v. § CIVIL ACTION NO. H-04-2481
§
DUKE ENERGY CORPORATION §
a/k/a/ DUKE ENERGY, §
§
      Defendant. §

## **FINAL JUDGMENT**

    For the reasons set forth in the separate Memorandum and Order signed this day, it is

    ORDERED that Defendant Duke Energy Corporation a/k/a Duke Energy's Motion for Summary Judgment (Document No. 20) is GRANTED, and Plaintiff Debra Villareal's suit is DISMISSED on the merits.

    This is a **FINAL JUDGMENT.**

    The Clerk will enter this Order, providing a correct copy to all counsel of record.

    SIGNED at Houston, Texas, on this 28th day of December, 2005.

                                      _____
                                        EWING WERLEIN, JR.
                                    UNITED STATES DISTRICT JUDGE